**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6411**

_____

JACK ZIMMERMAN,

        Plaintiff - Appellant,

    v.

TERRY KILPATRICK; DR. PATRICK CRAFT,

        Defendants – Appellees,

    and

JUSTIN ANDREWS; UNITED STATES OF AMERICA,

        Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:18-ct-03167-D)

_____

Submitted: April 14, 2022                        Decided: April 26, 2022

_____

Before WILKINSON and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jack Zimmerman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack Zimmerman appeals the district court's order dismissing without prejudice Zimmerman's action filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. § 1346, 2671-80. We have reviewed the record and Zimmerman's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Zimmerman v. Kilpatrick*, No. 5:18-ct-03167-D (E.D.N.C. Sept. 30, 2019 & Feb. 10, 2021). We grant Zimmerman's motion to file an addendum/attachment to his informal brief and deny his motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*